```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GESELL HERNANDEZ RIVERA, ET AL.,

                Plaintiffs,

- against -

LONDON BOY SPORTSWEAR LTD, ET AL.,

                Defendants.

22-cv-3510 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 15, 2022.

SO ORDERED.

Dated:    New York, New York
            July 5, 2022

                                            John G. Koeltl
                                     United States District Judge