```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GESELL HERNANDEZ RIVERA,
INDIVIDUALLY AND ON BEHALF OF OTHERS         22-cv-3510 (JGK)
SIMILARLY SITUATED,
                                             ORDER
            Plaintiffs,

    - against -

LONDON BOY SPORTSWEAR LTD, ET AL.,

            Defendants.

---

JOHN G. KOELTL, District Judge:

   The conference scheduled for July 19, 2022, is canceled.

SO ORDERED.

Dated:   New York, New York
         July 14, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge