# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 27, 2023

**BY ECF**  
Hon. John G. Koeltl  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

        Re:    <u>Hernandez Rivera et al v. London Boy Sportswear LTD et al</u>  
               22-cv-03510--JGK

Your Honor:

       This firm represents Plaintiff in the above-referenced matter. The parties submit this letter jointly to respectfully request an extension to file the settlement agreement. The parties apologize for not submitting the settlement materials on the June 28, 2023 deadline. This is the second request of its kind. Defendants consent to this letter.

       The parties have reached an agreement but require additional time to finalize the document. As such, the parties respectfully request that the deadline to submit be extended to July 7, 2023.

       The parties thank the Court for its time and attention to this matter.

                                       Respectfully Submitted,

                                       /s/  
                                   Catalina Sojo, Esq.  
                                   CSM Legal, P.C.  
                                   *Attorneys for Plaintiff*

APPLICATION GRANTED  
SO ORDERED  
6/27/23  
John G. Koeltl, U.S.D.J.