UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
GESELL HERNANDEZ RIVERA, ET AL.,

                Plaintiffs,

    - against -

LONDON BOY SPORTSWEAR LTD, et al.,

                Defendants.

22-cv-3510 (JGK)

ORDER
---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference regarding approval of the settlement on **July 18, 2023 at 3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           July 7, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge