UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GESELL HERNANDEZ RIVERA, ET AL.,

                    **Plaintiff,**

      - against -

LONDON BOY SPORTSWEAR LTD, ET AL.,

                  **Defendants.**

               22-cv-3510 (JGK)

               ORDER

---

JOHN G. KOELTL, District Judge:

    The conference regarding approval of the settlement in this case is adjourned to **July 18, 2023, at 4:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           July 14, 2023

                              John G. Koeltl
                         United States District Judge