UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

| | |
|---|---|
| GESELL HERNANDEZ RIVERA, ET AL., | 22-cv-3510 (JGK) |
| Plaintiffs, | <u>ORDER</u> |
| - against - | |
| LONDON BOY SPORTSWEAR LTD., ET AL., | |
| Defendants. | |

───────────────────────────────

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the parties' settlement of $12,000 in this FSLA case is approved, but the attorney's fees and costs are limited to $3,600, a modification with which all parties agreed during the conference. The Clerk is directed to enter judgment dismissing the case **with prejudice**. The Clerk is also directed to close this case.

SO ORDERED.

Dated:   New York, New York
         July 18, 2023

                                   /s/ John G. Koeltl
                                   ─────────────────────────
                                   John G. Koeltl
                                   United States District Judge