UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GESELL HERNANDEZ RIVERA, ET AL,

                Plaintiffs,

-against-　　　　　　　　　　　　　　　　　　22 **CIVIL** 3510 (JGK)

**JUDGMENT**

LONDON BOY SPORTSWEAR LTD, ET AL.,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 18, 2023, the parties' settlement of $12,000 in this FSLA case is approved, but the attorney's fees and costs are limited to $3,600, a modification with which all parties agreed during the conference. Judgment is entered dismissing the case with prejudice.

**Dated:** New York, New York
         July 19, 2023

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                **BY:**

                                          **Deputy Clerk**